IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, et. al., | No. C 04-5356 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| JAMES PELLETIER, individually and doing business as DIAMOND OAKS CONSTRUCTION CO., INC., et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' Motion for Entry of Default Judgment. [Docket No. 24.] Pursuant to N.D. Civ. L.R. 7-2 and 7-4, Plaintiffs must file a memorandum of points and authorities in support of their Motion, setting forth the factual bases and legal authority for their arguments. Plaintiffs, however, have failed to do so.

Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Entry of Default Judgment is DENIED WITHOUT PREJUDICE. If appropriate, Plaintiffs may re-file a Motion for Entry of Default Judgment that fully complies with the local rules of this Court. IT IS FURTHER ORDERED THAT the June 7, 2005 initial case management conference is CONTINUED TO June 29, 2005, at **3:30 p.m.** and will proceed telephonically. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

If Plaintiffs re-file a motion for default judgment prior to that time, the Court will continue the initial

1 | case management conference to the noticed hearing date.
2 |     IT IS SO ORDERED.

4 | Dated: 5-24-05            /s/ Saundra Brown Armstrong
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

**United States District Court**
For the Northern District of California