IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, et. al., | No. C 04-5356 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| JAMES PELLETIER, individually and doing business as DIAMOND OAKS CONSTRUCTION CO., INC., et al., | |
| Defendants. | |

    IT IS HEREBY ORDERED that Plaintiffs' motion for default judgment and request for attorneys' fees and costs be referred to a Magistrate Judge for a report and recommendation.

    IT IS FURTHER ORDERED THAT the July 26, 2005 hearing on Plaintiffs' motion is VACATED.

    IT IS SO ORDERED.

Dated: 7-11-05

SAUNDRA BROWN ARMSTRONG
United States District Judge