IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, et. al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES PELLETIER, individually and doing business as DIAMOND OAKS CONSTRUCTION CO., INC., et al.,<br><br>    Defendants. | No. C 04-5356 SBA<br><br>**ORDER** |

    IT IS HEREBY ORDERED that the July 26, 2005 Case Management Conference is VACATED.

    IT IS SO ORDERED.

Dated: 7-12-05

                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge